UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GMS PILING PRODUCTS,** | : | |
| **Plaintiff/ Counterclaim Defendant** | : : | CIVIL ACTION NO. 3:20-63 (JUDGE MANNION) |
| v. | : | |
| **PRESSCRETE CO., INC.,** | : | |
| **Defendant/ Counterclaim Plaintiff** | : : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion to dismiss the defendant's counterclaims **(Doc. 7)** is **GRANTED IN PART AND DENIED IN PART**.

**(2)** The plaintiff's motion to dismiss is **GRANTED** the extent that the defendant's counterclaims for breach of the duty of good faith and fair dealing and negligence/loss of business

- 2 -

opportunity are **DISMISSED**. The plaintiff's motion is **DENIED** with respect to the defendant's breach of contract and unjust enrichment claims.

       *s/ Malachy E. Mannion*
       **MALACHY E. MANNION**
       **United States District Judge**

**DATE: October 15, 2020**
20-63-01-ORDER